# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGEULLO

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: February 17, 2009

---

Civil Action No. 06-cv-02133-CMA-MJW

| *Parties:* | *Counsel:* |
|---|---|
| BETTY L. JOHNSON, | George Price |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF DENVER, | Franklin Nachman |
| | Christopher Lujan |
| Defendant. | |

---

## COURTROOM MINUTES
_____
HEARING: Jury Trial Day One

**1:04 p.m.**     **Court in session**.

Also present:     Plaintiff Betty Johnson and defendant client representative Major Gary Anderson.

**ORDER:**     Denver's Motion *in Limine* Precluding Admission of Evidence in Connection to Sergeant Anthony Sullivan's Employment Mediation in 2008 **(49)** is **granted**.

**ORDER:**     Plaintiff's Oral Motion for Sequestration of Witnesses is **granted**.

**1:30 p.m.**     **Court in recess**.  
**1:34 p.m.**     **Court in session**.

Jury impaneled and sworn.

| | |
|---|---|
| **3:24 p.m.** | **Court in recess**. |
| **3:57 p.m.** | **Court in session**. |

Opening statements.

**ORDER:** Jurors excused with direction to return **February 28, 2009, at 9:00 a.m.**

**4:45 p.m.** **Court in recess/hearing continued**.

Total in-court time: 3:04