IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 06-cv-02133-CMA-MJW

BETTY L. JOHNSON,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

---

## ORDER TO SET HEARING ON ATTORNEY FEES

This matter is before the Court on Defendant's Motion for Attorney's Fees and Costs (Doc. # 62) and Plaintiff's Response (Doc. # 66). It is hereby

ORDERED that a hearing on the question of attorney's fees is set for **May 8, 2009, at 2:30 p.m.**, in Courtroom A602 of the Arraj Courthouse. The Court has set aside one hour for this hearing, and each side will have 15 minutes to present argument.

FURTHER, the Clerk of the Court is DIRECTED to address the costs pursuant to 28 U.S.C. § 1920.

DATED: April 27, 2009.

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge