**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-02133-CMA-MJW

BETTY L. JOHNSON,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

## ORDER REGARDING ADDITIONAL DESIGNATIONS OF TRIAL TRANSCRIPT

This matter is before the Court on Defendant's Motion of Defendant-Appellee for an Order Requiring Plaintiff-Appellant to Order Additional Designations of Trial Transcript, Pursuant to F.R.A.P. 10(b)(3)(C) (Doc. # 78). For the reasons below, the Court grants Defendant's motion.

Plaintiff sued Defendant under Title VII alleging various causes of action. Defendant was granted summary judgment on Plaintiff's disparate treatment and retaliation claims. Plaintiff's tried her remaining claim, alleging hostile work environment, before a duly sworn jury of nine commencing on February 17, 2009. The jury returned a verdict against her and judgment was entered on February 23, 2009.

On March 21, 2009, Plaintiff filed a Notice of Appeal. On April 7, 2009, Plaintiff filed an Amended Transcript Order Form designating arguments on Defendant's Motion in Limine and trial testimony consisting solely of Plaintiff's case in chief.

On April 13, 2009, Defendant filed a Designation of Additional Portions of the Trial Transcript pursuant to Rule 10(b)(3)(B) of the Federal Rules of Appellate Procedure. Defendant now moves this Court for an entry of order requiring Plaintiff to order and pay for the additional portions of the trial transcript designated by Defendant.

Plaintiff, as the appellant, bears the burden of providing the Court of Appeals with "all portions of the transcript necessary to give the court a complete and accurate record . . . related to the issues on appeal." 10th Cir. R. 10.1. The Court finds that inclusion of the additional portions of the trial transcript is necessary for appellate review of the issues on appeal.

Based on the foregoing, Defendant's Motion of Defendant-Appellee for an Order Requiring Plaintiff-Appellant to Order Additional Designations of Trial Transcript, Pursuant to F.R.A.P. 10(b)(3)(C) (Doc. # 78) is GRANTED.

Accordingly, it is ORDERED that the remaining portions of the trial transcript, as designated by Defendant (Doc. # 71), will be produced by the Court Reporter at the expense of Plaintiff.

It is further ORDERED that the Court Reporter will have thirty (30) days to transcribe the additional portions of the trial transcript designated by Defendant.

DATED: July 7, 2009

            BY THE COURT:

            _____
            CHRISTINE M. ARGUELLO
            United States District Judge