IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 06-cv-02133-CMA-MJW

BETTY L. JOHNSON,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

---

**ORDER REGARDING MOTION FOR ATTORNEY FEES**

---

This matter is before the Court *sua sponte* regarding Defendant Denver's Motion for Attorney's Fees and Costs (Doc. # 62). Counsel for the parties are DIRECTED to advise the Court, in writing no later than January 29, 2010, whether or not this motion has been resolved by the parties' settlement of the appeal in this matter (*see* Doc. # 91).

    DATED: January  22 , 2010

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge